**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**Gainesville Division**

In re:

MAXINE E. JONES,

      Debtor.

_____/

MAXINE E. JONES,

      Plaintiff,

v.

NAVIENT / DEPARTMENT OF
EDUCATION and BRAZOS HIGHER
EDUCATION AUTHORITY, INC.

      Defendants.

_____/

Bankr. Case No.: 18-10192-KKS

Chapter 7

Adv. Proc. No.: 18-01009

**NAVIENT SOLUTIONS, LLC'S**
**STATEMENT OF CORPORATE OWNERESHIP**
**PURSUANT TO FED.R.BANKR.P. 7007.1**

    Pursuant to Bankruptcy Rule 7007.1, Navient Solutions, LLC, a party to this adversary proceeding, makes the following disclosures:

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

**Navient Corporation**

Respectfully submitted,

By:    _/s/ Gary J. Lublin_
Gary J. Lublin FL Bar #542679
Rush, Marshall, Jones & Kelly
1516 East Colonial Drive
Suite 300
P.O. Box 3146 (Zip 32802-3146)
Orlando, FL 32803
Telephone: (407) 425-5500
Facsimile: (407) 423-0554
Email: glublin@rushmarshall.com
Attorneys for Navient Solutions, LLC